EDWIN P. MARSHALL, Respondent, v. WILLIAM RICHTER, Appellant.— Order and judgment reversed, on the law, with costs, and complaint dismissed, with costs, on the ground that it is undisputed that the plaintiff violated the statute by failing to pass to the right of the center of the intersecting streets, which was one of the proximate causes of the collision and which made him guilty of contributory negligence as matter of law. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur. [134 Misc. 56.]

FRANK PISCITELLI, Respondent, v. ARCHIE LIFSCHITZ, Appellant. JOSEPH TRIENSKY, Respondent, v. ARCHIE LIFSCHITZ, Appellant.— Judgments and orders unanimously affirmed, with costs in one appeal. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Application of FRED W. SILBERKRAUS for the Appraisal of Certain Stock of SCHAFFER STORES COMPANY, INC. In the Matter of the Application of WILLIAM H. BROWN for the Appraisal of Certain Stock of SCHAFFER STORES COMPANY, INC. In the Matter of the Application of ESTHER B. SILBERKRAUS for the Appraisal of Certain Stock of SCHAFFER STORES COMPANY, INC.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Petition of EVA ROBERTS LAWTON to Compel Delivery of Property by IVORY C. LAWTON, as Executor and Trustee under the Will of CHARLES B. LAWTON, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ. [133 Misc. 820.]

CHARLES W. VEDDER, Respondent, v. ROBERT FROTHINGHAM, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

HELEN WILSON BENDER, Respondent, v. HARRY H. BENDER, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PETER KILMER, Appellant, Respondent, v. MOLLIE WHITE, Respondent, Appellant. JOSEPH RUBIN and JENNIE RUBIN, Respondents.— Judgment dismissing the complaint as to the defendants Rubin affirmed, with costs against the plaintiff. Judgment against the defendant White affirmed, with costs to the plaintiff. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur.

FRANCIS ZIOBROWSKI, by His Guardian ad Litem, VINCENT ZIOBROWSKI, Respondent, v. SALVATORE CLEMENTE and ORAZIE CLEMENTE, Doing Business under the Assumed Business Name of CLEMENTE BROTHERS, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of YOLANDA HELLER, Respondent, against HARLEM ADLER HECHT Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.